AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____ DISTRICT OF ____ ALABAMA ____

Henry L. Robinson
Plaintiff,

V.

International Paper Company
Defendant

## SUMMONS IN A CIVIL CASE

CASE NUMBER:  2:06cv366-csc

TO: (Name and address of defendant)
International Paper Company
c/o: The Corporation Company
2000 International Park Dr., Ste 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jay Lewis
P.O. Box 5059
Montg AL 36103

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

_____
CLERK

_____
(BY) DEPUTY CLERK

4·27·06
_____
DATE