| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. *Robinson* | A. Signature<br>X *R. B.* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Bryan Buice    C. Date of Delivery: 5-1-06<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>International Paper Company<br>c/o: The Corporation Company<br>2000 International Park Dr., Ste 204<br>Montgomery, AL 36109<br><br>*Am i corp* (20) | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☒ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0004 6820 4905 |

PS Form 3811, February 2004    Domestic Return Receipt    06-366    102595-02-M-1540