IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY L. ROBINSON, | \* |
| | \* |
|     Plaintiff, | \* |
| | \*    CIVIL ACTION NUMBER: |
| vs. | \* |
| | \*        2:06-cv-366-CSC |
| INTERNATIONAL PAPER COMPANY, | \* |
| | \* |
|     Defendant. | \* |

## **MOTION FOR ENLARGEMENT OF TIME**
## **WITHIN WHICH TO ANSWER COMPLAINT**

Defendant International Paper Company respectfully moves the Court for an enlargement of time of eight (8) days, through and including May 30, 2006, to answer the complaint in this cause. As grounds for this motion, defendant shows that the additional time is necessary in order to file a complete answer, and that the undersigned counsel for defendant has conferred with counsel for plaintiff, who has no objection to this request.

/s/Sandy G. Robinson
**SANDY G. ROBINSON – ROBIS5756**
Attorney for Defendant
International Paper Company
**CABANISS, JOHNSTON, GARDNER,**
  **DUMAS & O'NEAL LLP**
Post Office Box 2906
Mobile, Alabama  36652
251/415-7308 Telephone
251/415-7350 Facsimile
sgr@cabaniss.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this **22nd** day of **May, 2006,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

                      Jay Lewis, Esquire
                      J-Lewis@JayLewisLaw.com

                      /s/Sandy G. Robinson_____
                      Of Counsel