IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY L. ROBINSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:06cv366-CSC |
| | ) |
| INTERNATIONAL PAPER COMPANY, | ) |
| | ) |
|    Defendant. | ) |

ORDER

Upon consideration of the defendant's motion for extension of time to file answer (doc. # 4), it is

ORDERED that the motion be and is hereby GRANTED.

Done this 26th day of May, 2006.


                /s/Charles S. Coody
                CHARLES S. COODY
                CHIEF UNITED STATES MAGISTRATE JUDGE