```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF ALABAMA
                        NORTHERN DIVISION
```

HENRY L. ROBINSON,                  *
                                    *
    Plaintiff,                      *
                                    *     CIVIL ACTION NUMBER:
vs.                                 *
                                    *        2:06-cv-366-WKW
INTERNATIONAL PAPER COMPANY,        *
                                    *
    Defendant.                      *

## REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on June 28, 2006, by telephone, and was attended by:

Jay Lewis, Law Offices of Jay Lewis, LLC, attorney for Plaintiff Henry L. Robinson; and

Sandy G. Robinson, Cabaniss, Johnston, Gardner, Dumas & O'Neal LLP, attorney for Defendant, International Paper Company.

2.  Pre-Discovery Disclosures.  The parties will exchange by **July 15, 2006** the information required by Fed.R.Civ.P. 26(a)(1).

3.  Discovery Plan.  The parties jointly propose to the Court the following discovery plan:

    Discovery will be needed on the following subjects: information relating to plaintiff's complaint, defendant's defenses and damages.

All discovery commenced in time to be completed by **April 30, 2006.**

Maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of two sets of requests for admission by each party to any other party. Responses due 30 days after service.

Maximum of five depositions by plaintiff and five by defendant.

Each deposition, other than of plaintiff, limited to maximum of six hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

From Plaintiff by **January 15, 2007**;

From Defendant by **February 15, 2007**.

Supplementations under Rule 26(e) due as soon as possible but no later than **April 15, 2007**.

4. Other Items.

The parties do not request a conference with the Court before entry of the Scheduling Order.

The parties request a Pretrial Conference in **June, 2007.**

Plaintiff should be allowed until **February 1, 2007** to join additional parties and to amend the pleadings.

Defendant should be allowed until **February 15, 2007** to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by **April 2, 2007**.

Settlement is likely and may be enhanced by use of a settlement conference.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

From Plaintiff by **June 8, 2007**

From Defendant by **June 22, 2007**

Parties should have 15 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

This case should be ready for trial **July 9, 2007** and at this time is expected to take approximately one and one-half days to try, exclusive of jury selection.

DATED: _____, 2006.

        **/s/JAY LEWIS**
        **JAY LEWIS**
        Attorney for Plaintiff
        Henry L. Robinson
        Law Offices of Jay Lewis, LLC
        Post Office Box 5059
        Montgomery, Alabama  36103
        (334)263-7733 (Voice)
        (334)832-4390 (Fax)
        ASB-2014-E66J

**/s/SANDY G. ROBINSON**
**SANDY G. ROBINSON – ROBIS5756**
Attorney for Defendant
International Paper Company
**CABANISS, JOHNSTON, GARDNER,**
  **DUMAS & O'NEAL LLP**
Post Office Box 2906
Mobile, Alabama  36652
251/415-7308 Telephone
251/415-7350 Facsimile
sgr@cabaniss.com

- 4 -