IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY L. ROBINSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:06cv366-WKW |
| | ) |
| INTERNATIONAL PAPER COMPANY, | ) |
| | ) |
|    Defendant. | ) |

## ORDER

For good cause, it is

ORDERED that August 22, 2006 order setting this matter for a mediation conference on October 10, 2006, in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama, be and is hereby VACATED.

Done this 21th day of September, 2006.

                                              /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE