IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY L. ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv366-WKW |
| ) | |
| INTERNATIONAL PAPER ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On October 10, 2006, the court held a mediation conference in this case. At the conclusion of the mediation conference, the parties announced that they have reached a settlement. Accordingly, it is

ORDERED that on or before October 24, 2006, the parties shall file a joint stipulation for dismissal or other appropriate pleadings.

DONE, this 11th day of October, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE