```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

| | |
|---|---|
| HENRY L. ROBINSON,               * | |
|                            * | |
|    Plaintiff,                  * | |
|                            *     CIVIL ACTION NUMBER: | |
| vs.                              * | |
|                            *        2:06-cv-366-WKW | |
| INTERNATIONAL PAPER COMPANY,     * | |
|                            * | |
|    Defendant.                  * | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Come now plaintiff, Henry L. Robinson and defendant, International Paper Company, in the above referenced action and jointly stipulate that this matter is due to be dismissed in its entirety with prejudice, each party to bear her or its own costs except as separately agreed to in the confidential settlement of the parties.

    DONE this 24th day of October, 2006.


                                              /s/ Jay Lewis_____
                                              **JAY LEWIS -- LEW031**
                                              ASB-2014-E66J
                                              Attorney for Plaintiff
                                              Henry L. Robinson

OF COUNSEL:

Law Offices of Jay Lewis, LLC
Post Office Box 5059
Montgomery, Alabama  36103
334/263-7733 Telephone
334/832-4390 Facsimile

        /s/ Sandy G. Robinson
        **SANDY G. ROBINSON -- ROBIS5756**
        Attorney for Defendant
        International Paper Company

OF COUNSEL:

CABANISS, JOHNSTON, GARDNER,
  DUMAS & O'NEAL LLP
Post Office Box 2906
Mobile, Alabama 36652
251/415-7308 Telephone
251/415-7350 Facsimile