IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY L. ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-366-WKW |
| ) | |
| INTERNATIONAL PAPER COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **FINAL JUDGMENT**

Upon consideration of the Joint Stipulation of Dismissal filed by the parties on October 24, 2006 (Doc. # 16) it is hereby ORDERED that:

1. This case is DISMISSED with prejudice.

2. Each party will bear her or its own costs except as separately agreed to in the confidential settlement of the parties

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 16th day of November, 2006.

                                            /s/  W.  Keith Watkins
                                    UNITED STATES DISTRICT JUDGE